

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE COMMITMENT OF | § | No. 08-22-00222-CV |
| LARRY JOHNSON. | § | Appeal from the |
| | § | 427th Judicial District Court |
| | § | of Travis County, Texas |
| | § | (TC# D-1-GN-20-007812) |

## SUBSTITUTED JUDGMENT

The judgment of the Court issued June 19, 2023 is withdrawn, and the following is the judgment of the Court.

The Court has considered this cause on the record and concludes the trial court judgment should be vacated and the appeal should be dismissed for want of jurisdiction. We therefore vacate the trial court's judgment and dismiss the appeal for want of jurisdiction. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF NOVEMBER 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.
Rodriguez, C.J., (not participating)